1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  This Document Relates to:                        )
                                                     )
13  *Grant Kiser v. Pfizer Inc, et al.*              )   **MDL NO. 1699**
    (06-6118 CRB)                                    )   **District Judge: Charles R. Breyer**
14                                                   )
    *Connie Friedman-May, et al. v. Pfizer Inc, et*  )
15  *al.*                                            )
    (06-6119 CRB)                                    )
16                                                   )   **STIPULATION AND ORDER OF**
    *Noralynn Roman, et al. v. Pfizer Inc, et al.*   )   **DISMISSAL WITH PREJUDICE**
17  (06-6120 CRB)                                    )
                                                     )
18  *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* )
    (06-6121 CRB)                                    )
19                                                   )
    *Robert McCarrell v. Pfizer Inc, et al.*         )
20  (06-6124 CRB)                                    )
                                                     )
21  *Doris Hocker v. Pfizer Inc, et al.*             )
    (06-6129 CRB)                                    )
22                                                   )
    *Patricia Rogers v. Pfizer Inc, et al.*          )
23  (06-6130 CRB)                                    )
                                                     )
24  *Robert Bates, et al. v. Pfizer Inc, et al.*     )
    (06-6131 CRB)                                    )
25                                                   )
    *Patrick Lynch v. Pfizer Inc, et al.*            )
26  (06-6132 CRB)                                    )
                                                     )
27  *Christine Sullivan, et al. v. Pfizer Inc, et al.* )
    (06-6157 CRB)                                    )
28  _____ )

                                   -1-

                  STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EASTW2584625.1

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* ) <br> (06-6158 CRB) ) |
| 2 | ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* ) <br> (06-6161 CRB) ) |
| 4 | *Delores Payner v. Pfizer Inc, et al.* ) <br> (06-6165 CRB) ) |
| 5 | ) |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* ) <br> (06-6166 CRB) ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* ) <br> (06-6168 CRB) ) |
| 8 | ) |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* ) <br> (06-6169 CRB) ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* ) <br> (06-6171 CRB) ) |
| 11 | ) |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* ) <br> (06-6173 CRB) ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* ) <br> (06-6180 CRB) ) |
| 14 | ) |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* ) <br> (06-6186 CRB) ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* ) <br> (06-6190 CRB) ) |
| 17 | ) |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* ) <br> (06-6091 CRB) ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* ) <br> (06-6194 CRB) ) |
| 20 | ) |
| 21 | *Terry Smith v. Pfizer Inc, et al.* ) <br> (06-6195 CRB) ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* ) <br> (06-6196 CRB) ) |
| 23 | ) |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* ) <br> (06-6197 CRB) ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* ) <br> (06-6198 CRB) ) |
| 26 | ) |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* ) <br> (06-6199 CRB) ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* ) |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42584625.1

1   (06-6200 CRB)                                      )
                                                       )
2   *Louis Pratt v. Pfizer Inc, et al.*               )
    (06-6201 CRB)                                      )
3                                                      )
    *Paul Madison v. Pfizer Inc, et al.*              )
4   (06-6202 CRB)                                      )
                                                       )
5   *Nancy Smith, et al. v. Pfizer Inc, et al.*       )
    (06-6203 CRB)                                      )
6                                                      )
    *Walter Johnston v. Pfizer Inc, et al.*           )
7   (06-6204 CRB)                                      )
                                                       )
8   *Murry McEwen v. Pfizer Inc, et al.*              )
    (06-6205 CRB)                                      )
9                                                      )
    *Charles Grififn, et al. v. Pfizer, Inc, et al.*  )
10  (06-6206 CRB)                                      )
                                                       )
11  *Debbie Dethrage v. Pfizer Inc, et al.*           )
    (06-6207 CRB)                                      )
12                                                     )
    *Thomas Saunders, et al. v. Pfizer Inc, et al.*   )
13  (06-6208 CRB)                                      )
                                                       )
14  *Rex McDonald v. Pfizer Inc, et al.*              )
    (06-6210 CRB)                                      )
15                                                     )
    *Winetta P. Gillet, et al. v. Pfizer Inc, et al.* )
16  (06-6211 CRB)                                      )
                                                       )
17  *Marjory Goodwin v. Pfizer Inc, et al.*           )
    (06-6212 CRB)                                      )
18                                                     )
    *Joy Glenn, et al. v. Pfizer Inc, et al.*         )
19  (06-6213 CRB)                                      )
                                                       )
20  *Connie Henderson, et al. v. Pfizer Inc, et al.*  )
    (06-6283 CRB)                                      )
21                                                     )
    *Aubrey Richardson, et al. v. Pfizer Inc, et al.* )
22  (06-7201 CRB)                                      )
                                                       )
23  *Glenn Snyder, et al. v. Pfizer Inc, et al.*      )
    (06-7202 CRB)                                      )
24                                                     )
    *Jacques Tetrault, et al. v. Pfizer Inc, et al.*  )
25  (06-7203 CRB)                                      )
                                                       )
26  *Patricia Stevens v. Pfizer Inc, et al.*          )
    (06-7204 CRB)                                      )
27                                                     )
    *Robert Jennings, et al. v. Pfizer Inc, et al.*   )
28  (06-7205 CRB)                                      )

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

1
2

*Alice Richardson, et al. v. Pfizer Inc, et al.*
(06-7206 CRB)

3

*Steve Pardikes v. Pfizer Inc, et al.*
(06-7306 CRB)

4
5

*Rosalyn Chute v. Pfizer Inc, et al.*
(06-7381 CRB)

6

*Carolyn Carter v. Pfizer Inc, et al.*
(06-7570 CRB)

7
8

*Margoth Gonzalez v. Pfizer Inc, et al.*
(06-7571 CRB)

9

*Albert Blossom, et al. v. Pfizer Inc, et al.*
(06-7676 CRB)

10
11

*Viola Porter v. Pfizer Inc, et al.*
(06-7882 CRB)

12

*Tami McKibben, et al. v. Pfizer Inc, et al.*
(06-7883 CRB)

13
14

*Joyce Matson, et al. v. Pfizer Inc, et al.*
(06-7958 CRB)

15

*Michael Gatz, v. Pfizer Inc, et al.*
(06-7959 CRB)

16
17

*Shamela Carr v. Pfizer Inc, et al.*
(07-0022 CRB)

18

*John Kennedy, Jr., et al. v. Pfizer Inc, et al.*
(07-0023 CRB)

19
20

*Debi Sweet v. Pfizer Inc, et al.*
(07-0231 CRB)

21

*Clarence Bridges v. Pfizer Inc, et al.*
(07-0413 CRB)

22
23

*Elizabeth Hilton, et al. v. Pfizer Inc, et al.*
(07-0611 CRB)

24

*Jeffrey Howard, et al. v. Pfizer Inc, et al.*
(07-0816 CRB)

25
26

*Brenda Brunson, et al. v. Pfizer Inc, et al.*
(07-1280 CRB)

27

*Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*
(07-1353 CRB)

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | | |
|---|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* (07-1432 CRB) | ) ) ) |
| 2 | | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* (07-1570 CRB) | ) ) ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* (06-6815 CRB) | ) ) ) |
| 5 | | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* (07-1991 CRB) | ) ) ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* (07-1992 CRB) | ) ) ) |
| 8 | | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* (07-2630 CRB) | ) ) ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* (07-2690 CRB) | ) ) ) |
| 11 | | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* (07-2691 CRB) | ) ) ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* (07-2692 CRB) | ) ) ) |
| 14 | | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* (07-3284 CRB) | ) ) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42584625.1

1  DATED: 10-29 2009     By: _____

2

3  **WEITZ & LUXENBERG, PC**
   700 Broadway
4  New York, New York 10003
   Telephone: 212-558-5000
   Facsimile: 212-344-5461
5

6  *Attorneys for Plaintiffs*

   DATED: Nov. 2, 2009     By: _____
7

8  **DLA PIPER LLP (US)**
   1251 Avenue of the Americas
9  New York, New York 10020
   Telephone: 212-335-4500
10 Facsimile: 212-335-4501

11 *Defendants' Liaison Counsel*

12

13

14 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
15

16

17 Dated: NOV 1 3 2009     _____
   Hon. Charles R. Breyer
18 United States District Court

19

20

21

22

23

24

25

26

27

28

-6-

EASTW2584625.1

PPZR/1035934/1132569v.1